ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMED HAITHAM YOUSIF SHEIKH QADER,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, *et al.*,<br><br>    Defendants. | C 3:23-cv-04114 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. Following United States Citizenship and Immigration Services' re-interview of Plaintiff on November 30, 2023, the agency needs additional time to complete Plaintiff's background and identity checks pursuant to 8 U.S.C. § 1158(d)(5)(A)(i).

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 28, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential

administrative resolution.

Dated: March 29, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: March 29, 2024

 */s/ David J. Semaan*
DAVID J. SEMAAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 2, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.